**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-00282-als |
| | § | |
| YURIS N HERRERA | § | |
| JENY V HERRERA | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/28/2011. The undersigned trustee was appointed on 01/28/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,600.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $5.36 |
   | Bank service fees | $157.09 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $8,437.55 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/17/2012 and the deadline for filing government claims was 05/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,610.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,610.00, for a total compensation of $1,610.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $276.63, for total expenses of $276.63.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2013          By:   /s/ Dallas J. Janssen
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 11-00282-als7    Doc 25    Filed 06/03/13    Entered 06/03/13 16:03:09    Desc Main
Document    Page 3 of 12
Page No: 1    Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 11-00282-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | HERRERA, YURIS N AND HERRERA, JENY V | Date Filed (f) or Converted (c): | 01/28/2011 (f) |
| For the Period Ending: | 5/20/2013 | §341(a) Meeting Date: | 02/22/2011 |
| | | Claims Bar Date: | 05/17/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | A part of the SOutheast Quarter (SE1/4) of the Southeast Quarter (SE 1/4) of Section 2, Township 71 North, Range 13 West of the 5th P.M. in Wapello County, Iowa, described as follows, to-wit: Beginning at the Southwest corner of said SE 1/4 of the SE 1/4 of Section 2;... | $181,000.00 | $0.00 | | $0.00 | FA |
| 2 | Tract One Hundred Seventy-six (176) in Wildwood Countryside, an Addition to the City of Ottumwa, Wapello County, Iowa. 2015 Greenwood, Ottumwa, Iowa | $49,800.00 | $0.00 | | $0.00 | FA |
| 3 | Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $20.00 | $0.00 | | $0.00 | FA |
| 4 | Wells Fargo Ottumwa,Iowa Checking Account Ending in 9265 | $25.00 | $0.00 | | $0.00 | FA |
| 5 | Usual and Customary Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Usual and Customary Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Usual and Customary Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | 2004 Dodge Ram Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $7,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2004 Toyota Sienna Location: 6045 Cemetary Rd, Ottumwa IA 52501 | $8,160.00 | $0.00 | | $0.00 | FA |
| 10 | 2010 Tax Refunds and Accrued Wages          (u) | $0.00 | $8,418.31 | | $8,600.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $249,505.00 | $8,418.31 | | $8,600.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| **Case No.:** | 11-00282-als | | | **Trustee Name:** | Dallas J. Janssen |
|---|---|---|---|---|---|
| **Case Name:** | HERRERA, YURIS N AND HERRERA, JENY V | | | **Date Filed (f) or Converted (c):** | 01/28/2011 (f) |
| **For the Period Ending:** | 5/20/2013 | | | **§341(a) Meeting Date:** | 02/22/2011 |
| | | | | **Claims Bar Date:** | 05/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

Debtors to turn over non-exempt Tax Refunds & accrued wages totaling $8,418.31 // Will be making monthly payments until they can pay the remaining balance with their 2011 Tax Refunds // POC due 5/17/12, TFR will be filed there after

Debtors finishing monthly payments of their payment plan, then TFR will be filed

**Initial Projected Date Of Final Report (TFR):** 01/31/2012    **Current Projected Date Of Final Report (TFR):** 11/30/2012    /s/ DALLAS J. JANSSEN
                                                                                                                              DALLAS J. JANSSEN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00282-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | HERRERA, YURIS N AND HERRERA, JENY V | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5486 | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | ******5487 | | Account Title: | |
| For Period Beginning: | 1/28/2011 | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 5/20/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2011 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $300.00 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.40 | $299.60 |
| 01/09/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $599.60 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $598.78 |
| 02/10/2012 | (10) | Jeny Herrera | 2010 Tax Refunds and accrued wages | 1224-000 | $300.00 | | $898.78 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.16 | $897.62 |
| 03/20/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $5,000.00 | | $5,897.62 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.61 | $5,893.01 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.89 | $5,884.12 |
| 05/08/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $6,184.12 |
| 05/21/2012 | 5001 | International Sureties Ltd. | Bond Payment | 2300-000 | | $5.36 | $6,178.76 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.85 | $6,168.91 |
| 06/05/2012 | (10) | Jeny Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $6,468.91 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.36 | $6,458.55 |
| 07/10/2012 | (10) | Jenny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $6,758.55 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.41 | $6,748.14 |
| 08/15/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $7,048.14 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.23 | $7,035.91 |
| 09/04/2012 | (10) | Jeny Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $7,335.91 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.29 | $7,325.62 |
| 10/01/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $7,625.62 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.28 | $7,613.34 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.68 | $7,600.66 |
| 12/03/2012 | (10) | Jeny V. Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $7,900.66 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.89 | $7,888.77 |
| 01/25/2013 | (10) | Jeny Herrera | 2010 Tax Refunds and Accrued Wages | 1224-000 | $300.00 | | $8,188.77 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.79 | $8,175.98 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.91 | $8,164.07 |
| | | | **SUBTOTALS** | | $8,300.00 | $135.93 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00282-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | HERRERA, YURIS N AND HERRERA, JENY V | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5486 | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | ******5487 | | Account Title: | |
| For Period Beginning: | 1/28/2011 | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 5/20/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2013 | (10) | Jeny Herrera | 2010 Tax Refunds | 1224-000 | $300.00 | | $8,464.07 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.33 | $8,450.74 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.19 | $8,437.55 |
| | | | **TOTALS:** | | $8,600.00 | $162.45 | $8,437.55 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,600.00 | $162.45 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,600.00 | $162.45 | |

**For the period of 1/28/2011 to 5/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $162.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/05/2011 to 5/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $162.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 11-00282-als7 Doc 25 Filed 06/03/13 Entered 06/03/13 16:03:09 Desc Main
Document Page 7 of 12

Page No: 3  Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-00282-als | |
| **Case Name:** | HERRERA, YURIS N AND HERRERA, JENY V | |
| **Primary Taxpayer ID #:** | ******5486 | |
| **Co-Debtor Taxpayer ID #:** | ******5487 | |
| **For Period Beginning:** | 1/28/2011 | |
| **For Period Ending:** | 5/20/2013 | |

| | | |
|---|---|---|
| **Trustee Name:** | Dallas J. Janssen | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******8201 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $350,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $8,600.00 | $162.45 | $8,437.55 |

**For the period of 1/28/2011 to 5/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $162.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/28/2011 to 5/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $162.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

Page No: 1    Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.: | 11-00282-als | | Trustee Name: | Dallas J. Janssen |
| Case Name: | HERRERA, YURIS N AND HERRERA, JENY V | | Date: | 5/20/2013 |
| Claims Bar Date: | 05/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DALLAS J. JANSSEN<br>701 East Court Avenue, Ste. A<br>Des Moines IA 503094941 | 05/20/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $276.63 | $276.63 | $0.00 | $0.00 | $0.00 | $276.63 |
| | DALLAS J. JANSSEN<br>701 East Court Avenue, Ste. A<br>Des Moines IA 503094941 | 05/20/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,610.00 | $1,610.00 | $0.00 | $0.00 | $0.00 | $1,610.00 |
| 1 | LOCKHEED FEDERAL CREDIT UNION<br>PO Box 6759<br>Burbank CA 91510 | 04/04/2011 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $7,856.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured by vehicle | | | | | | | | | | | |
| 2 | COLLABORATIVE LAB SERVICES<br>1005 Pennsylvania Ave. Ste. 102<br>Ottumwa IA 52501 | 02/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $268.10 | $268.10 | $0.00 | $0.00 | $0.00 | $268.10 |
| 3 | CAPITAL ONE, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | 02/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,741.87 | $1,741.87 | $0.00 | $0.00 | $0.00 | $1,741.87 |
| 4 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 331311605 | 03/15/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $432.74 | $432.74 | $0.00 | $0.00 | $0.00 | $432.74 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>Norfolk VA 23541 | 04/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,253.08 | $13,253.08 | $0.00 | $0.00 | $0.00 | $13,253.08 |
| 6 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson AZ 85712 | 04/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,484.87 | $2,484.87 | $0.00 | $0.00 | $0.00 | $2,484.87 |

| Case No.: | 11-00282-als | | | | | | | | | | Trustee Name: | Dallas J. Janssen |
| Case Name: | HERRERA, YURIS N AND HERRERA, JENY V | | | | | | | | | | Date: | 5/20/2013 |
| Claims Bar Date: | 05/17/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CREDIT BUREAU SERVICES OF IOWA<br>1306 South 7th St.<br>PO Box 180<br>Oskaloosa IA 52577 | 05/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $814.75 | $814.75 | $0.00 | $0.00 | $0.00 | $814.75 |

**Claim Notes:**    (7-1) COLLECTION ACCOUNTS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>  of Citibank<br>  Resurgent Capital Services<br>  PO Box 19008<br>  Greenville SC 29602 | 05/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,555.06 | $1,555.06 | $0.00 | $0.00 | $0.00 | $1,555.06 |
| | | | | | | $30,293.91 | $22,437.10 | $0.00 | $0.00 | $0.00 | $22,437.10 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 11-00282-als | **Trustee Name:** | Dallas J. Janssen |
| **Case Name:** | HERRERA, YURIS N AND HERRERA, JENY V | **Date:** | 5/20/2013 |
| **Claims Bar Date:** | 05/17/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $20,550.47 | $20,550.47 | $0.00 | $0.00 | $0.00 | $20,550.47 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $7,856.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,610.00 | $1,610.00 | $0.00 | $0.00 | $0.00 | $1,610.00 |
| Trustee Expenses | $276.63 | $276.63 | $0.00 | $0.00 | $0.00 | $276.63 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     11-00282-als
Case Name:    YURIS N HERRERA
              JENY V HERRERA
Trustee Name: Dallas J. Janssen

Balance on hand: $8,437.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Lockheed Federal Credit Union | $7,856.81 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $8,437.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Dallas J. Janssen, Trustee Fees | $1,610.00 | $0.00 | $1,610.00 |
| Dallas J. Janssen, Trustee Expenses | $276.63 | $0.00 | $276.63 |

Total to be paid for chapter 7 administrative expenses: $1,886.63
Remaining balance: $6,550.92

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,550.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $6,550.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $20,550.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Collaborative Lab Services | $268.10 | $0.00 | $85.46 |
| 3 | Capital One, N.A. | $1,741.87 | $0.00 | $555.26 |
| 4 | Midland Funding LLC | $432.74 | $0.00 | $137.95 |
| 5 | Portfolio Recovery Associates, LLC | $13,253.08 | $0.00 | $4,224.71 |
| 6 | eCAST Settlement Corporation | $2,484.87 | $0.00 | $792.11 |
| 7 | Credit Bureau Services of Iowa | $814.75 | $0.00 | $259.72 |
| 8 | PYOD, LLC its successors and assigns as assignee | $1,555.06 | $0.00 | $495.71 |

Total to be paid to timely general unsecured claims: $6,550.92
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**